# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-3014
LT Case No. 2015-CF-001104-A

_____

ANTHONY MARIAROSSI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Anthony Mariarossi, Wewahitchka, Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela Koller, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


September 5, 2023


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————